■ RAFAELA FONTECCHIO, Respondent, v BRONX 656 FOOD CORP. et al., Appellants, and JOHN CATSIMATIDIS et al., Respondents. [56 NYS3d 86]—

Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered on or about July 28, 2016, which, to the extent appealed from, denied defendants Bronx 656 Food Corp. and Fine Fare Supermarket's (together, Fine Fare) motion for summary judgment dismissing the complaint and all cross claims against them, unanimously affirmed, without costs.

The lease between Fine Fare and the owner of the shopping center does not explicitly state that Fine Fare was responsible for maintaining the parking lot in which plaintiff alleges she was injured after stepping into a hole. However, it does make Fine Fare responsible for "appurtenances" to the demised premises (*see Second on Second Café, Inc. v Hing Sing Trading, Inc.*, 66 AD3d 255, 267 [1st Dept 2009]). On this record, an issue of fact exists as to whether the parking lot was an "appurtenance." Concur—Renwick, J.P., Richter, Feinman, Gische and Kahn, JJ.